JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD LEE DEERE,<br><br>    Petitioner,<br><br>    v.<br><br>VINCE CULLEN,[*] Warden of California State Prison at San Quentin,<br><br>    Respondent. | CASE NO. CV 92-1684 CAS<br><br>**DEATH PENALTY CASE**<br><br>JUDGMENT |

**IT IS HEREBY ORDERED** that Petitioner Ronald Lee Deere's petition for writ of habeas corpus be **CONDITIONALLY GRANTED** and that the judgment of conviction and sentence of death in the matter of <u>People v. Ronald Lee Deere</u>, Case No. ICR-7552 in the California Superior Court for the County of Riverside be **VACATED**.

**IT IS FURTHER ORDERED** that Respondent shall release Petitioner Ronald Lee Deere from custody within 120 days hereof unless, within 120 days of the date of this judgment, the State of California grants Deere a new trial on all guilt, special circumstance, and penalty issues in accordance with applicable

---

[*] Vince Cullen is substituted for his predecessor, Robert L. Ayers, Jr., as Warden of California State Prison at San Quentin, pursuant to Federal Rule of Civil Procedure 25(d)(1).

California law and the United States Constitution.

**IT IS FURTHER ORDERED** that the Clerk of this Court shall immediately notify the Warden of San Quentin Prison of this Court's judgment.

**IT IS SO ORDERED.**

Dated: May 11, 2010.

*[signature]*

CHRISTINA A. SNYDER
United States District Judge

California law and the United States Constitution.

**IT IS FURTHER ORDERED** that the Clerk of this Court shall immediately notify the Warden of San Quentin Prison of this Court's judgment.

**IT IS SO ORDERED.**

Dated: May 11, 2010.

*/s/ Christina A. Snyder*

CHRISTINA A. SNYDER
United States District Judge