O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD LEE DEERE,<br><br>  Petitioner,<br><br>  v.<br><br>KEVIN CHAPPELL,* Warden of California State Prison at San Quentin,<br><br>  Respondent. | CASE NO. CV 92-1684 CAS<br><br>**DEATH PENALTY CASE**<br><br>JUDGMENT POST-MANDATE |

On June 3, 2013, the United States Court of Appeals for the Ninth Circuit issued an order "revers[ing] the district court's grant of the petition for writ of habeas corpus on the ineffective assistance of counsel claim relating to the lack of a competency hearing, affirm[ing] the district court's denial of the petition on all other grounds and remand[ing] for the district court to deny the petition for writ of habeas corpus." *Deere v. Cullen*, 718 F.3d 1124, 1152 (9th Cir. 2013) (footnote and capitalization omitted). Petitioner filed a Petition for Writ of Certiorari before the United States Supreme Court, and the Court denied certiorari on October 6,

//

---

  * Kevin Chappell is substituted for his predecessors as Warden of California State Prison at San Quentin pursuant to Federal Rule of Civil Procedure 25(d).

1    2014. On October 7, 2014, the Mandate of the Court of Appeals issued, ordering
2    that its judgment of June 3, 2013 took effect on that date.

3        Accordingly, the Court Orders that the First Amended Petition for Writ of
4    Habeas Corpus is DENIED. IT IS HEREBY ORDERED AND ADJUDGED that
5    the Petition is denied with prejudice and judgment is entered in favor of
6    Respondent and against Petitioner. The Order constitutes final disposition of the
7    Petition by the Court.

8        The Clerk is ordered to enter this judgment.

9    **IT IS SO ORDERED.**

10    Dated: October 20, 2014.

                                         *Christina A. Snyder*
                                         CHRISTINA A. SNYDER
                                         United States District Judge